AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McBryde, John H. | U.S.Dist. Ct., N. Dist. of TX | 03/02/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active U.S. District Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 501 West 10th Street<br>U.S. Courthouse, Room 401<br>Fort Worth, Texas 76102-3642 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2009 MAR 10 P 3: 17
FINANCIAL DISCLOSURE OFFICE

McBryde_John_H

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/02/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason Law & Eco. | April 2008 | LaJolla, California | Educational | Food, lodging, and transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/02/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. The Fort Worth Club | See explanation in Sec. VIII | $1,796.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/02/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMMON STOCKS AND UNITS OF OWNERSHIP (2-18): | | | | | | | | | |
| 2. Caterpillar Tractor | C | Dividend | M | T | | | | | |
| 3. Chevron Corp. (formerly Chevron Texaco Corp.) | D | Dividend | M | T | | | | | |
| 4. Exxon Mobil Corp. | C | Dividend | M | T | | | | | |
| 5. General Electric Co. | C | Dividend | K | T | | | | | |
| 6. The B.F. Goodrich Co. | A | Dividend | K | T | | | | | |
| 7. ICO, Inc. | | None | J | T | | | | | |
| 8. IBM | A | Dividend | K | T | | | | | |
| 9. Johnson & Johnson | D | Dividend | M | T | | | | | |
| 10. Permian Basin Royalty Trust | E | Dividend | L | T | | | | | |
| 11. San Juan Basin Royalty Trust | D | Dividend | M | T | | | | | |
| 12. Weyerhaeuser Co. | B | Dividend | K | T | | | | | |
| 13. Intel Corp. | A | Dividend | J | T | | | | | |
| 14. Plains All American Pipeline, L.P. | A | Dividend | J | T | | | | | |
| 15. Bristol-Meyers Squibb Co. | A | Dividend | J | T | | | | | |
| 16. FirstEnergy Corp. | A | Dividend | J | T | | | | | |
| 17. EnPro Industries | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/02/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 3M Co. | A | Dividend | K | T | | | | | |
| 19. ************************* | | | | | | | | | |
| 20. BANK ACCOUNTS (21-24): | | | | | | | | | |
| 21. Frost Nat'l. Bank | A | Interest | J | T | | | | | |
| 22. Bank of Texas | A | Interest | L | T | Open | 10/10 | L | | Bank of Texas |
| 23. Southwest Bank | A | Interest | K | T | Open | 10/10 | K | | Southwest Bank |
| 24. Southwest Bank | A | Interest | J | T | Open | 6/4 | J | | Southwest Bank |
| 25. ************************* | | | | | | | | | |
| 26. MUNICIPAL BONDS: | | | | | | | | | |
| 27. Tarrant Co. TX Hsg. Fin. Corp. Rev. Single Fam. Mtg. | A | Interest | J | W | Redeemed (part) | 5/19 12/16 | J | A | |
| 28. ************************* | | | | | | | | | |
| 29. MUTUAL FUNDS (NON-IRA) (30-39): | | | | | | | | | |
| 30. Eaton Vance Nat. Muni Fund | D | Dividend | L | T | | | | | |
| 31. Fidelity Investments - Magellan | D | Dividend | M | T | | | | | |
| 32. Fidelity Investments - Puritan | D | Dividend | M | T | | | | | |
| 33. T. Rowe Price-High Yield | C | Dividend | K | T | | | | | |
| 34. Vanguard Group-Intermediate Muni Bond Fund | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/02/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Group - Long-term Muni Bond Fund | B | Dividend | K | T | | | | | |
| 36. Vanguard Tax Exempt Money Market Fund | C | Dividend | M | T | | | | | |
| 37. Nuveen Select Quality Muni Fund | C | Dividend | K | T | | | | | |
| 38. Vanguard International Growth Fund | D | Dividend | M | T | | | | | |
| 39. Vanguard International Value Fund | C | Dividend | M | T | | | | | |
| 40. ***********************  | | | | | | | | | |
| 41. MUTUAL FUNDS - IRA ROLLOVER (42-49): | | | | | | | | | |
| 42. T. Rowe Price - High Yield | E | Dividend | M | T | | | | | |
| 43. Vanguard Group-Wellington | D | Dividend | N | T | | | | | |
| 44. Vanguard Group-GNMA | D | Dividend | M | T | | | | | |
| 45. Fid. Inv. Int'l Discovery Fund | B | Dividend | M | T | | | | | |
| 46. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 47. Vanguard Equity Income Fund | D | Dividend | M | T | | | | | |
| 48. Vanguard Windsor Fund | B | Dividend | L | T | | | | | |
| 49. Vanguard Primecap Fund | C | Dividend | K | T | | | | | |
| 50. ***********************  | | | | | | | | | |
| 51. MUTUAL FUNDS/IRA NON-ROLLOVER (52-53): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McBryde, John H. | 03/02/2009 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Group-Long Term Corp. | E | Dividend | M | T | Redeemed (part) | 12/22 | M | | Mandatory IRA Withdrawal |
| 53. Vanguard Group - Wellington | A | Dividend | K | T | Redeemed (part) | 12/26 | J | | Mandatory IRA Withdrawal |
| 54. ************************* | | | | | | | | | |
| 55. OTHER (56-57): | | | | | | | | | |
| 56. U.S. Treas. Notes & Bonds | E | Interest | O | T | Redeemed (part) | 5/15 | L | | U.S. Treas. |
| 57. Sherman Co. TX Min. Int. | A | Royalty | J | W | | | | | |
| 58. ************************* | | | | | | | | | |
| 59. LIFE INSURANCE POLICIES (60-61): | | | | | | | | | |
| 60. Allianz Life Ins. Co.-Whole Life Ins. Policy | A | Dividend | J | | | | | | |
| 61. MONY Life Ins. Co. - Whole Life Ins. Policy | B | Dividend | K | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

V. OTHER GIFTS. (Continuation of Sec. III).

The recent legislation limiting gifts to a judge of honorary club memberships to $50 per membership per year has required me to focus on whether I really have received gifts from The Fort Worth Club since I became a judge by reason of not having to pay the monthly fees that I was required to pay before I became a judge. My club membership in The Fort Worth Club was not a gift. I bought it in 1966, and have continued to have that same membership at all times since then. The club simply discontinued billing me for monthly fees when I became a judge. If there was a gift involved, it was made when the club discontinued billing me for mothly fees about eighteen years ago. In other words, The Fort Worth Club in effect converted my membership at that time from a fee-paying membership to a non-fee-paying membership. Consequently, if there was any gift involved, it was the difference as of the date when my membership was converted of the then present value of my non-fee-paying membership and the value, as of that time, of the membership I already had. In other words, while I probably should have reported that difference in value eighteen years ago, I should not have been reporting annually that I was receiving benefits from an ongoing honorary membership because that has not been an accurate report. For the sake of continuity, I am reporting the dollar amount of the fees that would have been charged to me during the year 2008 if I had continued to have a fee-paying membership. However, my plan is not to make such a report in the future even if I continue to have a non-fee-paying membership.

VIII. INVESTMENTS.

Dividends on the non-IRA mutual funds are reinvested as declared except the T. Rowe Price-High Yield Fund, Vanguard Tax-Free Funds, and Nuveen Fund.

The royalty income in relation to the Sherman County, Texas, mineral interest (item 57) was received from BP American Production Co.

All items of property listed in Section VII are the community property  owned) by ████ me.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFUL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544